| | |
|---|---|
| 1 | **JACK J. NOTAR** |
| | California State Bar No. 332716 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
| | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
| | Jack_Notar@fd.org |
| 5 | |
| | Attorneys for Jose Manuel Perez |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22-mj-00734-BLM |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| JOSE MANUEL PEREZ, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Jack J. Notar, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: March 1, 2022
*s/ Jack J. Notar*
Federal Defenders of San Diego, Inc.
Attorneys for Jose Manuel Perez
Email: Jack_Notar@fd.org