RANDY S. GROSSMAN
United States Attorney
ELIZABET F. BROWN
Assistant United States Attorney
Virginia Bar No. 95709
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8921
Elizabet.Brown2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-MJ-0734-BLM |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JOSE MANUEL PEREZ, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: March 1, 2022

    Respectfully submitted,
    RANDY S. GROSSMAN
    United States Attorney


*s/ Elizabet F. Brown*
ELIZABET F. BROWN
Assistant United States Attorney
Attorneys for Plaintiff
United States of America