**JACK NOTAR**
California State Bar No. 332716
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jack_Notar@fd.org

Attorneys for Mr. Jose Manuel Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:22-MJ-00734 |
| Plaintiff, | Hon. Jill L. Burkhardt |
| v. | **MOTION FOR BOND MODIFICATION** |
| JOSE MANUEL PEREZ, | |
| Defendant. | |

On February 28, 2022, this Court set bond for Mr. Jose Manuel Perez in the amount of (1) a $40,000 personal surety bond secured by the signatures of two financially responsible and related adults and a $5,000 cash deposit, or (2) a $40,000 cash/corporate surety bond. *See* Dkt. No. 5. Mr. Perez now respectfully asks this Court to modify that bond. Because the underlying case involves members of Mr. Perez's family, and therefore disqualifies them as potential sureties (a factor that was not known when Mr. Perez was originally granted bond), Mr. Perez now asks this Court that the first option for bond be modified to a $40,000 personal surety bond secured by the signature of *one financially responsible (and unrelated) adult* and a $5,000 cash deposit.

### I. Background and Procedural History

Mr. Perez is a 30-year-old USC from Oxnard, California, located in Ventura County. He has lived in the Oxnard area almost his entire life and currently lives there with his girlfriend and his parents. There, he works to provide for his family and his

four young children.

On February 25, 2022, Mr. Perez was arrested and accused by out of district complaint (from the Central District of California) of Conspiracy to Smuggle Goods into the United States and Wildlife Trafficking. *See* Dkt. No. 1. At his initial appearance on February 28, 2022, the Court set bond in the amount of (1) a $40,000 personal surety bond, secured by a $5,000 cash deposit and the signature of two financially responsible and related adults, or (2) a $40,000 cash/corporate surety bond. *See* Dkt. No. 5. Mr. Perez is currently incarcerated at the MCC in San Diego and is awaiting removal to the Central District of California. *See* Dkt. No. 13.

### II. Mr. Perez is unable to find related sureties but has found a non-related surety.

Since this Court set bond for Mr. Perez, he has been trying to find two related and financially responsible adults to act as sureties. However, as Mr. Perez's sister is currently a co-defendant named in the indictment and is therefore ineligible to act as a surety, Mr. Perez is unable to find two related sureties. Mr. Perez does have a potential surety, though, in the form of a family friend who is able to sign his bond and pay the proposed cash deposit. It is for these reasons that Mr. Perez now asks for a modification of his bond.

### III. Mr. Perez is not a flight risk.

During his initial appearance, the government argued for detention based on risk of flight. However, as this Court determined originally, Mr. Perez is not a flight risk. Mr. Perez is a USC and lifelong resident of Southern California. In Oxnard, he has a girlfriend, his parents, sister, and several other family members. He also works there to provide for his four USC children, who are ages seven through ten. Mr. Perez is acutely aware of the financial impact that his flight would have on his family. Though Mr. Perez is asking a family friend to act as a surety, Mr. Perez knows that appearing at court is his responsibility and that, in the end, any financial responsibility rests on his shoulders.

### IV. Conclusion

Mr. Perez was originally granted bond. He is not asking for a modification to the price of that bond, but merely to the condition of who may sign that bond, due the ineligibility of his family members signing, a factor that was unknown at the time of his initial appearance. For the reasons stated above, Mr. Perez respectfully requests that the Court modify his conditions of release to a $40,000 personal surety bond, secured by the signature of one financially-responsible and unrelated adult and a $5,000 cash deposit.

Dated: March 9, 2022

Respectfully submitted,

*s/ Jack Notar*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Manuel Perez
Email: Jack_Notar@fd.org